

**T**HE **C**ITY OF **N**EW **Y**ORK

**L**AW **D**EPARTMENT

100 CHURCH STREET
NEW YORK, NY 10007

ZACHARY W. CARTER
*Corporation Counsel*

MAX MCCANN
*Senior Counsel*
Phone: (212) 356-2345
Fax: (212) 356-3509
mmccann@law.nyc.gov

April 14, 2015

**VIA ECF**
Honorable Frederic Block
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    <u>Neal Malangone v. City of New York, et al.</u>, 11-CV-4592 (FB) (VMS)

Your Honor:

      I am a Senior Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, representing defendants City of New York, Detective Jamie Arroyo, retired Detective David Gross, and retired Detective Angel Lopez in the above-referenced matter. Defendants write respectfully on behalf of the parties to inform the Court that the parties have agreed to settle this matter without further litigation. Accordingly, the parties respectfully request that the Court adjourn, *sine die*, all currently scheduled deadlines and appearances, including the telephone conference before the Honorable Vera M. Scanlon that is currently scheduled for April 15, 2015, at 4:00 p.m.

      Pursuant to the above agreement, defendants have forwarded to plaintiff for execution the appropriate settlement documents, including a Stipulation and Order of Dismissal. Once it is received by this office, defendants will forward the fully executed stipulation for the Court's endorsement.

Thank you for your consideration herein.

                                                       Very truly yours,

                                                          /s/
                                                   Max McCann
                                                 *Senior Counsel*

cc:    <u>VIA ECF</u>
       Honorable Vera M. Scanlon
       United States Magistrate Judge
       United States District Court
       Eastern District of New York
       225 Cadman Plaza East
       Brooklyn, NY 11201

       <u>VIA ECF</u>
       Ellie A. Silverman, Esq.
       Novo Law Firm, P.C.
       *Attorneys for Plaintiff*
       299 Broadway, 17th Floor
       New York, NY 10007
       (212) 233-6686
       ellies@novolawfirm.com